## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-mj-00393** |
| | **:** | |
| **GARY EDWARDS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### ENTRY OF APPEARANCE

Please enter the appearance of Adam D. Harris and the Law Office of Adam D. Harris, L.L.C., in the above-captioned case.

Respectfully submitted,

_____/S/_____

Adam D. Harris (Bar No. 469706)
Law Office of Adam D. Harris, L.L.C.
600 Jefferson Plaza, Suite 201
Rockville, MD 20852
(301) 960-5005
adam@adamharrislawfirm.com

*Counsel for Defendant Gary Edwards*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2021, I served a copy of the foregoing Entry of Appearance on all parties through the Court's electronic filing system.

_____/S/_____

Adam D. Harris