# EXHIBIT A

**Paul F. Feiler, Ph.D.**

Managing Director and Leader, National Strategy Practice
Berkeley Research Group
700 Louisiana St., Suite 2600
Houston, TX 77002
713-481-9410 (O)
pfeiler@thinkbrg.com

245 West Ledge Stone Drive
Fredericksburg, TX 78624
713-256-9039 (M)
pfeiler51@gmail.com

October 21, 2021

The Honorable James E. Boasberg
United States District Court, Washington D.C.
333 Constitution Ave. NW
Washington, DC 20001

Re: United States v. Gary Edwards, 1:21-cr-00366

Your Honor,

I write this character reference in support of Gary Edwards. While I could reference his exemplary business and professional competencies and the constant high quality of service he has provided in numerous and diverse business contexts throughout his career, I have chosen instead to write this letter from a personal and familial perspective.

Gary is my brother-in-law, married to my sister Lynn. I have known him for over 50 years. As the oldest brother, who wanted the best for his sister, you can imagine that, in the early years, I scrutinized him carefully to make sure that his character and competencies were more than enough to inspire her, and to provide security and love to her throughout their lifetime together, both as her husband and as the father of their children. I expressed confidence in Gary's character to Lynn before she married him; Gary has never disappointed me or anyone else in our family. He has shown steadfast love to Lynn, to his children, Jason and Erin, and to their children. He is adored by his grandchildren, for his generosity, his kindness, his attention, and his wisdom. If you have any doubt about this, just scan the photo albums of their family vacations over the last ten years, and see them sitting on his lap, laughing together, or walking hand-in hand along the beach.

Gary has been a great brother to my brother Danny and me, he is one of us, as if he had been born to our parents. Since our father died ten years ago, he and my sister have cared for our 94-year-old mother Edna in their home, where he and Lynn provide not only loving care for her, but also the context from which she can continue to be relevant, the place from which she continues her strong service to her family, her church and her community. Gary, Lynn and Mom are regular visitors to the homeless communities of Philadelphia, where they distribute thin, hand-crafted sleeping mattresses to the homeless that Mom has woven out of plastic grocery bags. Gary has been critical to this process, providing both the raw materials, the manufacturing facility (a space in their home), and the means of distribution!!!

Gary is a good man, his life has exemplified the highest standards of morality—faithfulness, love, mercy, forgiveness and service. He learned the difference between right and wrong from his mother and father. His father was a New York City police officer, who clearly understood the consequences of being on the wrong side of the law. Certainly, this was undergirded and reinforced by him and his mother, who raised Gary in the Baptist Church in Queens. He went to a Christian College, Bethel, in Minnesota. This was not a radical school, but a place that strengthened his faith and taught him that without a life of love and service, faith alone means nothing.

On Sunday, Gary never misses church. Outside of church, throughout his life, Gary has lived to love and serve others, particularly those in need. He did this alone, with Lynn and his family, and with others through many church-sponsored efforts to help people in need. He and Lynn were among the first responders into New Orleans after Katrina. Gary took time off of work to help. They stayed not for a few days, but for a long time, until enough support from other resources began to abate the crisis. Then, since the day he retired, Gary has spent three to four days every week serving at the Philadelphia food bank. Like my Marine Corp father who served on Iwo Jima, Gary is the kind of man who runs toward trouble, not to be a part of it, but to see if he can help make things better. As for January 6, we all knew beforehand, and I believe that everyone who knows Gary would say, that Gary went to Washington for one reason—to pray for a country that he loves. That's it. That Gary's primary act during the brief time he was in the Capitol was to use the water in his canteen to wash out the burning, tear-gassed eyes of those who were leaving, testifies to his character and the beauty of his kind soul, not against it.

For me the prime evidence of his personal integrity is his complete lack of presumption. There is with Gary no sense that he has arrived. Rather, I sense in him a quiet understanding of his gifts, a desire to continue to grow in them, and a constant sense of purpose to use what God has given him to help, his family, his friends, those in need, and his country.

You Honor, as for this matter before you, according to your wisdom and finely-tuned judgment, I ask that you treat Gary with the utmost leniency.

Sincerely,

*Paul F. Feiler*