# EXHIBIT B

November 14, 2021
Gary Murakami
55 Coddington Drive
New Providence, NJ  07974
908-787-6621
gjm@nobell.org

The Honorable James E. Boasberg.
United States District Court Washington D.C.
333 Constitution Ave. NW
Washington DC 20001

Re: United States v. Gary Edwards, 1:21-cr-00366

I attest that Gary Edwards is a man of good character who cares for family, friends, people, community, country, the rule of law, and the Constitution of the United States and Bill of Rights.

I have known Gary for over twenty years, from around the time that he worked near the World Trade Center in New York City and lived through the attack on September 11, 2001. Since then, we and our respective wives have been good friends. We have worshipped and fellowshipped in church, socialized in groups, as couples, and with Gary's family. We have visited in homes and vacationed together. Gary Edwards is a solid family man, a loving husband, father, and grandfather. He moved to Pennsylvania to be closer to his son and family.

Gary demonstrates care for people, volunteering his time and expertise to help others. He has been on church missions trips to Mexico to build houses and to New Orleans after Hurricane Katrina. He has helped us with Young Life, a local mission that mentors junior high, high school, and college kids, repairing electrical wiring in a mission's house, and working with our staff at activities and fund-raising events. As a member of the New Providence Presbyterian Church, he has supported our missions partners through donations, meals, housing, and relief efforts in Newark and New York City. Currently, he volunteers multiple days per week at the local food bank/pantry in Pennsylvania.

Gary Edwards loves our country and its history. He studies its military history, especially the American Civil War. He has read many books and visited battlefield sites. He shares and discusses this interest with his son and with friends like me. We visited the United States Military Academy guided by a good friend who is a West Point graduate and former instructor. Gary and I affirmed the character qualities and key leadership virtues carved in 12 granite benches: compassion, courage, dedication, determination, dignity, discipline, integrity, loyalty, perseverance, responsibility, service, and trust. The cadets gave us hope for the future of the USA. We toured the Gettysburg National Military Park. On Little Round Top, Gary and I cried for those that fought and sacrificed their lives to abolish slavery and preserve the union. We explored the Battleship New Jersey and remembered our fathers and "The Greatest Generation."

Gary J. Murakami, PhD