# EXHIBIT C

8 Cypress Court
Little Egg Harbor
New Jersey, 08087

The Honorable James E. Boasberg.
United States District Court Washington D.C.
333 Constitution Ave. NW
Washington DC 20001

I am writing to provide a character reference for Gary Edwards whom I have known for more than 20 years. My late husband Lloyd and I have been friends with Gary and his wife Lynn during this time and have spent many hours together in projects of mutual interest, family events, community development activities as well as leisure time in each other's homes. We raised our children together and encouraged each other as friends.

We met through the ministry of the New Providence Presbyterian Church where both families engaged in small groups designed to encourage one another in making our faith relevant to the culture. We shared a common desire to see the affluence of our suburban setting impact other regions. Gary and Lloyd and another man from our group transported donated materials to a staging site in preparation for shipping of medical supplies, computer and networking equipment, office supplies and literature to Argentina. The container of goods that we supplied made an impact on the entire region in Argentina because of its strategic destination. Gary accompanied us on one of our trips there with a humanitarian NGO call Transform Our World.

We also spent countless hours in Newark NJ. One of the phrases we have embraced is "Think Global, Act Local". The work in Newark through The Caring Network, Volunteer Services was in collaboration with several other Non-Profit organizations. World Impact and Newark Christian School owned a building that was sufficiently large that they donated space for one of our Newark based projects. Gary and his wife used their own resources as well as a tiny budget that we donated to create an oasis in the noisy, needy city. We spent countless hours in that space developing projects, making calls, having meetings and making progress in advancing these community based projects.

I believe that I am a good judge of character, not only because of intuition but as a nurse practitioner in Psych-Mental health, I am trained to detect insincerity and "double mindedness". I trust Gary with my life and write this character reference without hesitation.

Sincerely

*Joanne Turner*

Joanne Turner, RN, APN
Executive Director, The Caring Network Volunteer Services
A New Jersey Non-Profit Corporation