# EXHIBIT D

November 2, 2021

The Honorable James E. Boasberg.
United States District Court Washington D.C.
333 Constitution Ave. NW
Washington, DC 20001

Re: United States v. Gary Edwards, 1:21-cr-00366

Dear Judge Boasberg,

I have known Gary Edwards through Addisville Reformed Church in Richboro, Pennsylvania for about 5 years.

Gary has been a responsible supportive member of the church who immerses himself in the responsibilities he volunteers for which often included facilitating classes in the area of adult education. Gary is knowledgeable, experienced, and considerate and committed to fulfilling his obligations in a thorough, comprehensive manner.

He has a passion for injustice and works faithfully to resolve those events for the overall better good for society. Among other things, he financed and participated in mission trips to Jamaica and Guatemala to physically help those who are less fortunate to make living conditions for them more sustainable. In addition, he volunteers time at the local food pantry to expedite getting food for those less fortunate and in need.

Gary's dedication and devotion to his family, friends, and neighbors (known and unknown) focus toward achieving long-term stability in the community and is unmatched.

Sincerely,

Robert J. Proske