IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-00366-JEB |
| : | |
| **GARY EDWARDS,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S MOTION TO AMEND CONDITIONS OF PROBATION

Gary Edwards, by and through counsel, respectfully moves this Court to amend the conditions of his probation to allow him to leave the Eastern District of Pennsylvania on March 23, 2022 and return on May 2, 2022 in order to travel to Florida. In support of this motion, Mr. Edwards states:

1. On December 20, 2021, Mr. Edwards, having previously pled guilty to Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), appeared before the Honorable James E. Boasberg for sentencing. The Court sentenced Mr. Edwards to one year of probation, to be supervised in the Eastern District of Pennsylvania. The Court further ordered Mr.. Edwards to pay $500 in restitution and a $2,500 fine, as well as to complete community service.

2. In the spring of 2021, Mr. Edwards and his wife put down a deposit to rent a property in Sarasota, Florida from March 25, 2022 to April 30, 2022. They have spent part of each winter in Florida since Mr. Edwards retired.

3. Mr. Edwards is complying with all the conditions of his probation. He could report by phone during the time he seeks to be in Florida. He has already paid both the fine and the restitution.

      4.      The United States, through Assistant United States Attorney Christopher Amore, objects to this request.

WHEREFORE, Mr. Edwards respectfully requests the Court permit him to travel to Florida and be away from the Eastern District of Pennsylvania from March 23, 2022 to May 2, 2022.

Respectfully submitted,

_____/S/_____
Adam D. Harris
Law Office of Adam D. Harris, L.L.C.
600 Jefferson Plaza, Suite 201
Rockville, MD 20852
(301) 960-5005
adam@adamharrislawfirm.com

*Counsel for Defendant Gary Edwards*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2022, I served a copy of this motion and proposed order on opposing counsel by email and through the Court's electronic filing system.

_____/S/_____
Adam D. Harris

Case 1:21-cr-00366-JEB   Document 31   Filed 01/11/22   Page 3 of 3