UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY EDWARDS,<br><br>Defendant. | Criminal Action No. 21-366 (JEB) |

## ORDER

This Court sentenced Defendant Gary Edwards on December 20, 2021, to a one-year term of probation for his role in the Capitol riot of January 6, 2021. See ECF No. 29 (Judgment). Edwards, a resident of Pennsylvania, now asks that his probationary conditions be loosened to permit him to travel to Florida to rent a house for five weeks of vacation beginning in late March. See ECF No. 31 (Def. Motion to Amend Conditions of Probation). The Government opposes, arguing that this would unduly burden the U.S. Probation Office, which would have to transfer supervision to Florida. See ECF No. 32 (Govt. Opp.) at 2.

The USPO's principal supervision obligations regarding this Defendant are to ensure that he completes his community service and pays his fine and restitution. In addition, given the crime for which Edwards was convicted, the Court believes that it is reasonable for him to complete his commitments before embarking on a lengthy trip. It will thus permit him to travel to Florida only if he has paid his restitution and fine and completed his community service before leaving Pennsylvania.

1

2

The Court, accordingly, ORDERS that Defendant's Motion is GRANTED subject to the above conditions.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 27, 2022